LeRoy Stein, Respondent, v. Jerome D. Oltarsh, Appellant.— Appeal from an order of the Supreme Court at the Chemung County Special Term which denied appellant's motion to open a default judgment taken against him in an action for libel. Order reversed and default opened upon these conditions: (1) that within ten days after this decision is handed down appellant pay to the respondent or his attorney the sum of twenty-five dollars costs and his disbursements on appeal; (2) that within the same period appellant stipulate to try the case at the next available Trial Term of the Supreme Court for Chemung County if respondent so elects, or in the alternative that judgment may be taken against appellant by default. If these conditions are not met the order appealed from is affirmed, with costs. All concur.

Christine Alley et al., Respondents, v. Carrie M. Kniffen, Appellant.— Appeal from a judgment for unpaid inheritance tax in favor of purchaser of real property against the vendor who sold by a deed containing a full warranty covenant. Order and decision of the County Court modified by awarding to plaintiffs-respondents the sum of $41.40, with costs in all courts, and as so modified, the judgment is affirmed. All concur.

In the Matter of Helen W. Fischer et al., Appellants, against John E. Bloomer, as Comptroller of the City of Binghamton, et al., Respondents.— Appeal from an order of the Supreme Court at the Broome County Special Term denying appellants' application for an order in the nature of mandamus under article 78 of the Civil Practice Act. Petitioners allege an oral compromise agreement with the corporation counsel of the City of Binghamton which, *inter alia*, provided for the discontinuance of two tax certiorari proceedings and the payment by the city of $197.30. The alleged agreement was neither in writing nor approved by the Board of Estimate and Apportionment as required by section 205 of the Second Class Cities Law. Order affirmed, without costs. All concur.

In the Matter of Joseph Scavqne et al., Appellants, against Board of Parole of the State of New York, Respondent.— Appeal from an order dismissing petition asking that the determination of the Parole Board of the State of New York be reviewed under article 78 of the Civil Practice Act. Order affirmed, without costs. All concur.